IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHLEEN KILLEGREW                                              05-952-MA

        Plaintiff,                                          JUDGMENT

v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendant.

Based on the record and the opinion and order filed herewith, the final decision of the Commissioner is REVERSED and this matter is REMANDED for further proceedings consistent with this Opinion and Order.

IT IS SO ORDERED.

DATED this 16 day of May, 2006.

        /s/  Malcolm F. Marsh
        MALCOLM F. MARSH
        United States District Judge

1 - JUDGMENT