FILED'06 JUN 08 15:52 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN KILLIGREW, | Civil No. 05-952-MA |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,000.00 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No other fees, costs, or expenses will be awarded.

DATED this __8__ day of __June__, 2006.

_Malcolm F. Marsh_
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant

Page 1    ORDER [05-952-MA]