

MERRILL SCHNEIDER, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorneys for Kathleen Killegrew, Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Kathleen Killegrew,
       Plaintiff,

v.

MICHAEL ASTRUE, Commissioner
of Social Security,

       Defendant.

CV # 05-952-MA

ORDER

    The court finds and orders an attorney fee of $9667.00 pursuant to 42 U.S.C. § 406(b).

    This court previously awarded Equal Access to Justice Act fees of $6000.00 to Plaintiff's attorneys under 28 U.S.C. § 2412. Upon receipt of the fee of $9667.00, Plaintiff's attorney will refund $6000.00, the EAJA amount previously awarded in this matter, to Plaintiff.

    Dated this _1_ day of _October_, 2008.

                                   /s/ Malcolm F. Marsh
                                   Malcolm Marsh
                                   United States District Judge