FILED'08 OCT 02 15:49 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHLEEN KILLEGREW,

       Plaintiff,                  CV-05-0952-MA

    v.                              SECOND
                                   SUPPLEMENTAL
MICHAEL J. ASTRUE,             JUDGMENT
Commissioner of Social Security,

       Defendant.


    Based on the order filed herewith, attorney fees in the amount of $9,667.00 are awarded to plaintiff pursuant to 42 U.S.C. §406(b). Plaintiff's counsel shall refund the previously-awarded EAJA fee of $6,000.00 to plaintiff.

    IT IS SO ORDERED.

    Dated this   /   day of October, 2008.

                                  /s/ Malcolm F. Marsh
                                Malcolm F. Marsh
                                United States District Judge

1 - SECOND SUPPLEMENTAL JUDGMENT